IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RONALD FENDER, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-cv-123 (WLS-TQL) |
| | * |
| JASON CLIFTON AND VICTOR HARDIN, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 1, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered in favor of Defendants and against Plaintiff. Defendants shall also recover costs of this action.

This 1st day of February, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk